# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | | |
|---|---|---|
| Lauren Vaughn, | ) | |
| | ) | C.A. No. 7:25-cv-12623-DCC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT OF ROBERT JACKSON** |
| | ) | |
| Spartanburg County School District Five, the Board of Trustees of Spartanburg County School District Five, and Superintendent Randall R. Gary, in his individual and official capacity, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

PERSONALLY APPEARED BEFORE ME Robert Jackson, who being first duly sworn, deposes and says as follows:

1.  I have been employed by Spartanburg District Five Schools ("District") as the Director of Human Resources since July 1, 2024. I have been in the field of education for a total of 32 years, holding various positions, including teacher, assistant principal, and principal in elementary, middle, and high schools across the state of South Carolina. In my role as Director of Human Resources, among other duties, I investigate allegations of misconduct by employees. I have personal knowledge of the facts and circumstances contained in this affidavit.

2.  The District serves approximately 11,013 students at its various schools. River Ridge Elementary School, located in Moore, South Carolina, has approximately 766 students in preschool through fifth grade and is led by Principal Dr. Glenda Bigby. It is a close-knit, diverse community, one in which the values of the families mirror the mission and vision of the District.

3.  The District's mission statement is as follows: Spartanburg District Five Schools

prepares students to thrive in a global society by providing exceptional educational experiences in a safe, caring, and inclusive environment.

4.     During the 2025-2026 school year, Plaintiff Lauren Vaughn was employed as a Teacher Assistant in a classified position at River Ridge Elementary and was assigned to work in a kindergarten classroom.

5.     On Wednesday, September 10, 2025, Charlie Kirk, the founder of Turning Point USA, a conservative political organization, was shot while speaking at a campus event in Utah. His shooting was the subject of national news coverage. His death as a result of the shooting was confirmed at approximately 4:40 PM EST, according to news reports.

6.     Soon thereafter, Ms. Vaughn posted to her Facebook account a statement that callously appeared to support and endorse his death for the sake of the Second Amendment. The post garnered numerous responses questioning its cruelty, mocking nature, and her poor timing.

7.     On Friday, September 12, 2025, Principal Dr. Bigby received multiple reports and screenshots of Ms. Vaughn's Facebook post. One staff member who showed her a screenshot of the post expressed apprehension about the potential impact of the post on staff morale and the broader school climate, particularly noting the reaction of another staff member. She contacted Todd Hardy, Chief Administrative Officer for the District, who contacted me to conduct an investigation.

8.     At approximately 9:30 AM on September 12, 2025, I met with Ms. Vaughn, along with Dr. Bigby, and Matt Wofford, Coordinator of Training and Teacher Quality. Ms. Vaughn was asked about her post, and she confirmed making it and then stated that most of the reaction to it was negative. She stated that she did not intend to celebrate tragedy or create division. She further explained that she removed the post later that evening, prior to going to bed, and subsequently deactivated her Facebook account to distance herself from negativity once she realized that the post had caused such a disturbance. She told us that she regretted having caused

division.

9. I told her that she was being placed on administrative leave with pay while the District investigated the situation, including interviewing staff and gathering information.

10. Dr. Bigby's time and attention was diverted to this situation and away from regular school business and a planned career day at the school that day with volunteers and special activities. She interviewed other staff members about the post and participated in a second meeting later that afternoon.

11. During the course of my investigation, I learned that one teacher, on the evening of September 10, 2025, saw the post and the combative comments in response. She later received numerous text messages from parents and colleagues across the District, not just at River Ridge. The next day at school, this teacher observed co-workers who were "outraged" by her post. She told me that one co-worker was so angry that she could not talk to Ms. Vaughn, leaving Ms. Vaughn crying for the rest of the day. Ms. Vaughn was so distracted and upset about that interaction that she was unable to help with classroom responsibilities that afternoon and instead spent her time at school writing the co-worker a letter of apology. This staff member told me that the children felt the impact and noticed her emotional distress that day.

12. This teacher noted that parents rely on classroom teachers and assistants to create safe spaces for their children and that a post such as Ms. Vaughn's absolutely undermines the trust between the parents and the school.

13. Another employee described the impact on staff morale as a period of "discord" and "eggshell walking." While operations continued professionally, there was a noticeable undercurrent of tension and division, particularly due to the poor timing of the post, which coincided with a recent death in the community. Staff reactions were mixed—some questioned the intent, while others found it blatantly disrespectful. The employee herself received a small number of text messages from colleagues expressing anger and disbelief. By the end of the week,

the situation had become widely known within the building.

14. Another employee was approached by Ms. Vaughn more than once on Thursday to discuss her post. This employee was uncomfortable discussing such a controversial topic in a public setting around staff and parents and felt that the post and Ms. Vaughn's attempt to discuss it during work were both inappropriate.

15. The nature of her post, regardless of how she meant it, was perceived as glib and celebrating or endorsing the killing of Charlie Kirk. Such conduct violated the District's policy on staff conduct in that it reflected poorly on her, the school, and the District and impaired her ability to effectively serve as a kindergarten teacher assistant, eroding trust among her colleagues and parents. It also caused a disruption at the school and in the District, a disruption which was anticipated to get worse had the District not addressed it quickly.

16. I met with Ms. Vaughn again at the end of the day on September 12, 2025, and advised her at that time that I had concluded that her conduct violated Board Policies GBEB regarding employee conduct and IJNDB Use of Technology Resources which allows for the discipline of staff for off-campus conduct involving the inappropriate use of the internet which poses the threat of or interferes with or disrupts the workplace. On more than one occasion during the investigation, Ms. Vaughn admitted that the post was inappropriate.

17. The Social Media Guidelines are provided as suggestions to employees and are not mandatory. They provide helpful information to employees to guide them in their interactions on social media platforms. Neither my recommendation of her termination nor Dr. Gary's final decision to terminate Ms. Vaughn was based on her violating the Social Media Guidelines. Rather, as reflected in her termination letter dated September 15, 2025, she was terminated because her conduct violated the District policies cited above, damaged trust and damaged her effectiveness as a teacher assistant, and made her continued employment untenable. Her conduct was contrary to the District's mission of creating a safe, caring, and inclusive learning

environment.

[signature page to follow]

FURTHER AFFIANT SAYETH NAUGHT.

By: _____
Robert Jackson
Director of Human Resources
Spartanburg County School District Five

SWORN to before me
this 29th day of October, 2025

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires: January 6, 2031