IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | | |
|---|---|---|
| Lauren Vaughn, | ) | |
| | ) | C.A. No. 7:25-cv-12623-DCC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT MOTION FOR** |
| | ) | **CONFIDENTIALITY ORDER** |
| Spartanburg County School District Five, | ) | |
| the Board of Trustees of Spartanburg | ) | |
| County School District Five, and | ) | |
| Superintendent Randall R. Gary, in his | ) | |
| individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

The parties hereby jointly move before the Court for entry of a Confidentiality Order.

CONSENT:

The attached proposed Confidentiality Order is requested:

 _X_    by consent of all parties.

 ___    by consent as to some, but not all, of the terms [alternative provisions are set forth in both proposed and redlined versions].

 ___    by some, but not all, parties [requesting parties include:   [requesting parties]].

CONTENT:

The attached proposed Confidentiality Order:

 ___    is identical to the standard form on the court's website.

 ___    has been revised by deleting the Reading Room provision, but no other changes have been made (*redlined copy not required*).

 ___    is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy the document. An explanation of the basis for each proposed modification is as follows:

1

**WE SO MOVE**

BURNETTE SHUTT & MCDANIEL, PA


 *s/Jack Cohoon*
Jack Cohoon, Fed I.D. No. 9995
*jcohoon@burnetteshutt.law*

Lydia Robins Hendrix, Fed. I.D. No. 14192
*lhendrix@burnetteshutt.law*

P.O. Box 1929
Columbia, SC 29202
803.904.7920

Counsel for Plaintiff


Date: August 12, 2026

**WE SO MOVE**

HALLIGAN MAHONEY WILLIAMS
SMITH Fawley & REAGLE, PA


 *s/Susan Fittipaldi*
Susan M. Fittipaldi, Fed. I.D. No. 7087
*sfittipaldi@hmwlegal.com*

Allen D. Smith, Fed. I.D. No. 5465
*asmith@hmwlegal.com*

P.O. Box 11367
Columbia, SC 29211
803.254.4035

Counsel for Defendants


Date:  August 12, 2026